**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JACOB SHEATSLEY, on behalf of                                                                    PLAINTIFF
himself and all others similarly situated

v.                                           No. 4:11CV00353 JLH

CHESAPEAKE OPERATING, INC., and
CLARITA OPERATING, LLC                                                                            DEFENDANTS

**ORDER**

    Jacob Sheatsley's motion for voluntary dismissal is GRANTED. Document #10. This action is hereby dismissed without prejudice.

    IT IS SO ORDERED this 13th day of July, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE